ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------X
LUANN P. GOULD,

                Plaintiff,

   -- against --

LUCENT TECHNOLOGIES, INC.

                Defendant.
------------------------------------------------X

05 CV _____ ( )( )

**RULE 7.1 STATEMENT**

05 - 11118 PBS

Pursuant to Fed. R. Civ. P. 7.1, defendant Lucent Technologies Inc. ("Lucent") hereby discloses that it has no parent corporation and that there are no publicly traded corporations which own ten percent or more of its stock.

Dated:   May 28, 2005

                            Respectfully submitted,

                            EPSTEIN BECKER & GREEN, P.C.

                            By: _____
                                 Evan J. Spelfogel

                            250 Park Avenue
                            New York, New York 10177-1211
                            (212) 351-4500

                            *Attorneys for Defendant Lucent Technologies Inc.*

NY:559603v1