UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X
LUANN P. GOULD,

                        Plaintiff,

            – against –

LUCENT TECHNOLOGIES, INC.

                       Defendant.
------------------------------------------------------------X

05 CV 11118 (PBS)

SUPERIOR COURT, ESSEX
COUNTY, COMMONWEALTH
OF MASSACHUSETTS
C.A. No. ESCV2005-00500-C

## DECLARATION OF FILING OF NOTICE OF REMOVAL
## IN STATE COURT AND SERVICE ON COUNSEL FOR PLAINTIFF

      I, Evan J. Spelfogel, declare that pursuant to 28 U.S.C. § 1746 and under penalty of perjury that:

      1.    I am a member of the law firm Epstein Becker & Green, P.C., attorneys for Defendant Lucent Technologies Inc.

      2.    On May 31, 2005, I caused plaintiff's counsel to be served with a copy of the Notice of Removal, together with copies of the Summons and Complaint in this action, by depositing same in a sealed envelope, postage prepaid, in an official depository of the United States Postal Service addressed to Linda A. Harvey, Harvey & Kleger, 184 Pleasant Valley St., Suite 1, Methuen, MA 01844.

      3.    On May 31, 2005, I caused to be filed with the Clerk of the Superior Court of the Commonwealth of Massachusetts, Essex County, a copy of the Notice of Removal, together with copies of the Summons and Complaint in this action, by delivery to the same to the Clerk's Office at the Superior Court of the Commonwealth of Massachusetts, Essex County.

NY:555852v1

Dated: May 31, 2005

                                Respectfully submitted,

                                EPSTEIN BECKER & GREEN, P.C.

                                By: _____
                                     Evan J. Spelfogel
                                250 Park Avenue
                                New York, New York 10177-1211
                                (212) 351-4500

                                *Attorneys for Defendant Lucent Technologies Inc.*