## Affidavit of Service

STATE OF NEW YORK)
                           ) ss.:
COUNTY OF NEW YORK   )

Frances Many-Harris, being duly sworn, says:

I am not a party to this action, am over 18 years old and reside in Nutley, New Jersey. On June 6, 2005, I served a true copy of the attached **Answer to Complaint and Declaration of Filing of Notice of Removal In State Court And Service On Counsel For Plaintiff,** by first class mail by depositing same in a sealed envelope, postage prepaid, in an official depository of the U.S. Postal Service within the State of New York addressed to the following person at the address indicated below:

        Linda A. Harvey, Esq.
        Harvey & Kleger
        184 Pleasant Valley Street
        Methuen, MA 01844

                                           Frances Many-Harris

Sworn to before me this
6th day of **June, 2005**

_____
Notary Public

CAROLE S. MILKER
Notary Public, State of New York
No. 41-4627136
Qualified in Queens County
Commission Expires December 31, 20__66__

NY:561753v1