**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

OWEN G. WALLACE
TEL: 212.351.4834
FAX: 212.661.0989
OWALLACE@EBGLAW.COM

June 28, 2005

**VIA FEDERAL EXPRESS**

Mr. Robert C. Alba
Deputy Clerk to the Honorable Patti B. Saris
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

      Re:  Luann Gould v. Lucent Technologies
           Docket No. 05cv11118-PBS

Dear Mr. Alba:

      Pursuant to my conversation with you a few weeks ago, counsel for the parties to the above action have conferred and agreed to adjourn the Initial Scheduling Conference originally set by the Court for July 27, 2005, to August 1, 2005, at 4:00 pm in Courtroom number 19 on the 7th Floor before the Honorable Patti B. Saris.

      Thank you for your attention to this matter.

Very truly yours,

*[signature]*

Owen G. Wallace
New York Managing Attorney

cc:    Evan J. Spelfogel, Esq.
       Linda A. Harvey, Esq. (via FedEx)

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.

NY:599959v1