| | |
|---|---|
| Evan J. Spelfogel<br>Epstein Becker & Green, P.C.<br>250 Park Avenue<br>New York, New York 10177-1211<br>Attorneys for Defendant | Linda A. Harvey<br>Harvey & Kleger<br>184 Pleasant Valley Street<br>Methuen, MA 01844<br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

LUANNE GOULD,

            Plaintiff

   -against-                                  05 CV 11118 (PBS)

LUCENT TECHNOLOGIES, INC.,          **PROPOSED**
                                                               **SCHEDULING ORDER**

            Defendant.

_____

       Pursuant to Fed. Rule Civ. P. 26(f), the parties have conferred and propose the following discovery plan:

1. Initial Disclosures: The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) on or before **July 29, 2005**.

2. Factual Discovery: Except for good cause shown, all factual discovery shall be commenced in time to be completed by **November 21, 2005**.

3. Expert Discovery (if applicable): Case-in-chief experts must be identified by **March 1, 2006** and Rule 26 disclosures regarding experts are to be served by **April 3, 2006**. Rebuttal experts must be identified by **April 18, 2006**, and Rule 26 disclosures regarding rebuttal experts are to be served by **May 1, 2006**.

4. Dispositive Motions: Dispositive motions, if any, are to be served by **July 29, 2006**.

5. Pretrial Order: A joint pretrial order, if requested by the Court, shall be submitted by _____ or thirty days following the Court's decision on the dispositive motion, if one is made.

6. Trial: The parties shall be ready for trial on _____, or, if a dispositive motion is made, fifteen days following submission of the joint pretrial order. The estimated trial time is 5 days.

7. The parties agree that this Proposed Scheduling Order may be signed in counterparts.

NY:655715v1

Dated:   July 28, 2005

| HARVEY & KLEGER | EPSTEIN, BECKER & GREEN, P.C. |
|---|---|
| By: /s/ Robert Thomas<br>Linda Harvey (547994)<br>Robert Thomas (639402)<br>Attorneys for Plaintiff<br>184 Pleasant Valley Street<br>Methuen, MA 01844<br>(978) 686-9800 | By: /s/ Evan J. Spelfogel<br>Evan J. Spelfogel (474440)<br>Attorneys for Defendants<br>250 Park Avenue<br>New York, New York 10177-1211<br>(212) 351-4500 |

SO ORDERED.

_____
Hon. Patty B. Saris
U.S.M.J.
Date: _____, 2005

NY:655715v1                                              2