UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luanne Gould,
              Plaintiff(s),              CIVIL ACTION
                                                        NO. 05-11118-PBS
    v.

Lucent Technologies, Inc.,
              Defendant(s).

## PRETRIAL ORDER

SARIS, D.J.                                                               August 1, 2005

       The above action has been set down for a JURY TRIAL on 9/18/06, at 9:00 a.m.

       A FINAL PRETRIAL CONFERENCE has been scheduled for 9/11/06, at 2:00 p.m.

       By 8/11/06arties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

       Objections to the pretrial disclosures shall be served and filed by 8/25/06

       By 9/4/06parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

       By 8/28/06arties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

       By 9/4/06parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

Trial briefs shall be filed/served by 9/11/06

By the Court,

 /s/ Robert C. Alba
Deputy Clerk