UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x

LUANN P. GOULD,

                    Plaintiff,

        – against –

LUCENT TECHNOLOGIES, INC.,

                    Defendant.

------------------------------------------------- x

05 CV 11118 (PBS)

**AFFIDAVIT OF SERVICE**

Frances Many-Harris, being duly sworn, says:

I am not a party to this action, am over 18 years old and reside in Nutley, New Jersey. On September 13, 2005, I served true copies of the attached **Motion for Leave to Appear Pro Hac Vice, Declaration of Robyn Ruderman in Support of Motion for Leave to Admit Pro Hac Vice, Declaration of Deborah Markowitz, in Support of Motion for Leave to Admit Pro Hac Vice and Order for Pro Hac Vice Admission of Robyn Ruderman and Deborah Markowitz,** by first class mail by depositing same in a sealed envelope, postage prepaid, in an official depository of the U.S. Postal Service within the State of New York addressed to the following person at the address indicated below:

    Linda A. Harvey, Esq.
    Harvey & Kleger
    184 Pleasant Valley Street
    Methuen, MA 01844

                                  _/s/ Frances Many-Harris_
                                    Frances Many-Harris

Sworn to before me this
13th day of September, 2005

_____
Notary Public

CAROLE S. MILKER
Notary Public, State of New York
No. 41-4627136
Qualified in Queens County
Commission Expires December 31, 20 06

NY:561753v1