UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-CV-11118

Luanne Gould

v.

Lucent Technologies, Inc.

## ASSENTED TO MOTION TO CONTINUE

Now comes the Attorney for the Plaintiff, for the above named, requests that the Alternative Dispute Resolution Hearing scheduled for October 5, 2005 at 10:00 a.m. be continued as the Jewish Holiday of Rosh Hashanah falls on said date.

Wherefore the plaintiff requests that the Alternative Dispute Resolution be continued until October 6, 2005 at 10:00 a.m. or a date that is convenient for the Court.

Respectfully submitted,
By her attorney,

_____
Linda A. Harvey
Harvey & Kleger
184 Pleasant Valley Street
Methuen, MA 01844
978.686.9800
BB0#547994

Assented to,

_____
Epstein Becker & Green, P.C.
Attorney Evan J. Spelfogel
250 Park Avenue
New York, NY 10177-1211
212.351.4500