**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


LUANNE GOULD
                    Plaintiff(s)

                                                    CIVIL ACTION
        V.
                                                    NO. 05-11118 PBS

LUCENT TECHNOLOGIES, INC.
                    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO DISTRICT JUDGE SARIS

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On October 6, 2005  I held the following ADR proceeding:

    _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    ___X___    MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

    _____    MINI-TRIAL    _____ SETTLEMENT CONFERENCE


    All parties were represented by counsel [except _____]

    The parties  were / were not  present in person or by authorized corporate officer [except

    _____].

    The case was:

[ ]    Settled.  Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress.  A further conference has been scheduled for _____ unless

    the case is reported settled prior to that date.

[ X ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

    case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

    _____

    _____


OCTOBER 7, 2005                          /S/ JOYCE LONDON ALEXANDER
        DATE                             ADR Provider
                                         UNITED STATES MAGISTRATE JUDGE


(CV05-11118 - GOULD - ADR Report.wpd  - 4/12/2000)                          [adrrpt.]