Evan J. Spelfogel
Robyn Ruderman
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
LUANN P. GOULD,  :
             Plaintiff,  :  05 CV 11118 (PBS)
     – against –  :  (ECF FILING)
LUCENT TECHNOLOGIES, INC.,  :
             Defendant.  :
------------------------------------x

## DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER

The defendant, through the undersigned counsel, moves to modify the current Scheduling Order in the following manner Specifically, defendant is seeking a thirty (60) day extension of time to complete factual discovery, which currently closes on November 21, 2005.

This extension of time is being requested because the parties are actively engaged in mediation at this time and do not want to incur additional legal fees in litigating this matter further if there is a strong likelihood of settlement. On October 6, 2005, the parties attempted to mediate before the Honorable Joyce London Alexander. Due to a conflict of interest, however, Magistrate Alexander had to recuse herself. The mediation has subsequently been referred to Magistrate Judge Robert B. Collings. We anticipate the mediation will occur within the next couple of weeks.

NY:825205v1

This is the first request for a modification of this time limitation, and this request does not affect any other deadlines provided in the scheduling order.

Plaintiff counsel, Linda Harvey, Esq. has consented to this request.

Plaintiff's counsel has been notified of our request.

                                      **EPSTEIN, BECKER & GREEN, PC**

By: _____
Evan J. Spelfogel
Robyn Ruderman (admitted pro hac vice)
250 Park Avenue
New York, NY 10017
(212) 351-4500
Attorneys for Plaintiff

Dated: November 4, 2005