UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------- x
Luann Gould,                          :
                                      :
                      Plaintiff,     :   05 CV 11118 (PBS)
                                      :
           – v. –                  :
                                      :   **ASSENTED TO MOTION TO**
Lucent Technologies, Inc.,            :   **EXTEND DISCOVERY**
                                      :   **DEADLINE BY 60 DAYS**
                                      :
                      Defendant.     :
------------------------------------- x

    The Plaintiff and the Defendant respectfully request the Court to extend the discovery deadline of December 21, 2005 in this case by 60 days.

    The immediate purpose for the extension is to accommodate the scheduling of the Plaintiff's deposition. Under the current discovery deadline, the Plaintiff is scheduled to be deposed on December 15, 2005, at which time her attorneys are scheduled to be in state court for trial.

    Given the upcoming holidays, an extension of 60 days for discovery should be sufficient to permit scheduling of the Plaintiff's deposition and to enable the scheduling of other discovery, if needed, by either the Plaintiff or Defendant.

                                      Respectfully Submitted,

                                      HARVEY & KLEGER

                                      By:   /s/ Robert R. Thomas

                                      Linda A. Harvey (BBO 547994)
                                      Robert R. Thomas (BBO 639402)

184 Pleasant Valley St. – Suite 1-204
Methuen, Massachusetts 01844
 (978) 686-9800
Attorneys for Plaintiff Luann Gould


EPSTEIN BECKER & GREEN, P.C.


By:     /s/ Evan J. Spelfogel
Evan J. Spelfogel (474440)
250 Park Avenue
New York, New York 10177-0077
 (212) 351-4500
Attorneys for Defendant
Lucent Technologies Inc.