Evan J. Spelfogel
Robyn Ruderman
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendant
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUANN P. GOULD,                                    :

                   Plaintiff,        :    05 CV 11118 (PBS)

                             :

       – against –                         :        (ECF FILING)

                             :

LUCENT TECHNOLOGIES, INC.,                :

                 Defendant.         :

                             :

                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANT'S MOTION TO
## MODIFY THE SCHEDULING ORDER

      With the consent of Plaintiff's counsel, Robert Thomas and Linda Harvey, the defendant,

Lucent Technologies, Inc., through the undersigned counsel, moves to modify the current

Scheduling Order by seeking a three extension of time to complete its motion for summary

judgment, which currently due July 28, 2006.

      This extension of time is being requested because of scheduling conflicts and the

unavailability of all necessary individuals to review the papers.  We respectfully request that the

new date for the motion be August 18, 2006, which will provide ample time for our client to

review and sign all applicable papers.

      This is the first request for a modification of this time limitation for defendant's motion

for summary judgment, and this request does not affect any other deadlines provided in the

scheduling order.

NY:1226469v1

Plaintiff counsel, Linda Harvey, Esq. has consented to this request.

**EPSTEIN, BECKER & GREEN, PC**

By: _____
Evan J. Spelfogel
Robyn Ruderman (admitted pro hac vice)
250 Park Avenue
New York, NY  10017
(212) 351-4500
Attorneys for Defendent

Dated:  July 14, 2006