Evan J. Spelfogel
Robyn Ruderman
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
LUANN P. GOULD,                         :
                Plaintiff,           :  05 CV 11118 (PBS)
         – against –              :  (ECF FILING)
LUCENT TECHNOLOGIES, INC.,              :
                Defendant.           :
------------------------------------------------- x

## DEFENDANT'S MOTION
## TO EXCEED PAGE LIMITATION

      Defendant Lucent Technologies Inc. ("Lucent") moves this Court for permission to exceed the twenty (20) double-spaced page limitation for a brief imposed by the Court's Local Rules by no more than five pages. Lucent seeks to file a brief of no more than 25 double-spaced pages.

      If this Court does not permit Lucent to exceed the page limitation imposed by the Local Rules, Lucent will be unable to fully and adequately delineate its arguments in its Memorandum of Law in Support of its Motion for Summary Judgment, which is currently due Friday, August 18, 2006

                              **EPSTEIN, BECKER & GREEN, PC**

                              By: s/Robyn Ruderman
                              Robyn Ruderman (admitted pro hac vice)
                              250 Park Avenue
                              New York, NY 10017
                              (212) 351-4500
                              Attorneys for Defendant
                              (212) 351-4500 Telephone
                              (212) 661-0989 Facsimile

Dated: August 16, 2006