UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luann Gould

                Plaintiff,                      CIVIL ACTION
                                                            NO.  05-11118-PBS

      v.

Lucent Technologies, Inc.
                Defendant.


**NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE AND JURY TRIAL**


SARIS, U.S.D.J.                                                                                  August 21, 2006

       The Final Pretrial Conference previously scheduled for September 11, 2006, has been **rescheduled** to **October 20, 2006, at 4:00 p.m..**  The Jury Trial previously scheduled for September 18, 2006, has been **rescheduled** to **October 30, 2006, at 9:00 a.m.**

                                                                                      By the Court,


                                                                                    _/s/ Robert C. Alba_
                                                                                    Deputy Clerk


Copies to:  All Counsel


resched.ntc