Linda A. Harvey
Robert R. Thomas
Harvey, Kleger & Thomas
184 Pleasant Valley St. – Suite 1-204
Methuen, MA 01844
(978) 686-9800
Attorneys for Plaintiff
Luann Gould

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Luann Gould,

                     Plaintiff,

        – against –

Lucent Technologies, Inc.,

                     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

05 CV 11118 (PBS)

**PLAINTIFF'S NOTICE OF MOTION IN OPPOSITION TO SUMMARY JUDGMENT**

      **PLEASE TAKE NOTICE** that, upon the annexed Rule 56.1 Statement of Undisputed Material Facts, the supporting Affirmation of Robert R. Thomas, the annexed Affidavits of Luann Gould, Nicole May, and Dr. Thomas Cammilleri, the accompanying annexed exhibits and Memorandum of Law, and all of the pleadings and proceedings had herein, Plaintiff will move this Court, before the Honorable Patti B. Saris, at the United States Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, denying summary judgment to the Defendant on the grounds that there are genuine issues of material fact in need of trial, and that Defendant is not entitled to judgment as a matter of law.

      The basis for this motion, which is set forth more fully in the accompanying Memordandum of Law, is that there are numerous genuine issues of material fact.

Pursuant to Local Rule 7.1, the undersigned counsel for Plaintiff hereby certifies that he has attempted to confer with Defendant's counsel in a good faith attempt to resolve or narrow the issues presented in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court: (i) deny Defendant's motion for summary judgment; and (ii) grant Plaintiff such other and further relief that the Court deems just and appropriate.

Respectfully Submitted,

HARVEY, KLEGER & THOMAS

By: /s/ Robert R. Thomas

Linda A. Harvey (547994)
Robert R. Thomas (639402)
184 Pleasant Valley St. – Suite 1-204
Methuen, Massachusetts 01844
(978) 686-9800
Attorneys for Plaintiff Luann Gould

Dated: September 18, 2006