UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x

| | |
|---|---|
| LUANN P. GOULD, | : ECF FILING |
| Plaintiff, | : |
| | : 05 CV 11118 (PBS) |
| – against – | : |
| | : **DEFENDANT'S NOTICE** |
| LUCENT TECHNOLOGIES, INC., | : **OF MOTION** |
| Defendant. | : **FOR RECONSIDERATION** |

------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant's Motion for Reconsideration, and all prior pleadings and proceedings in this action, defendant "Lucent Technologies, Inc." ("Lucent"), by its attorneys Epstein Becker & Green, P.C., will move this Court before the Honorable Patti B. Saris, at the United States Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts for an order dismissing Plaintiff's FMLA and retaliation claims in their entirety, and granting Lucent such other and further relief as the Court deems just and proper.

Dated: November 20, 2006

EPSTEIN BECKER & GREEN, P.C.

By:   s/Robyn Ruderman
      Evan J. Spelfogel (474440)
      Robyn Ruderman (Admitted *pro hac vice*)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant

To:   Linda Harvey, Esq.
      Harvey & Kleger
      184 Pleasant Valley Street, Suite 1-204
      Methuen, MA 01844
      (978) 686-9800
      Attorneys for Plaintiff

NY:1473778v1