Evan J. Spelfogel (474440)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
LUANN P. GOULD,

                Plaintiff,      05 CV 11118 (PBS)

       – against –

LUCENT TECHNOLOGIES, INC.,

                Defendant.
------------------------------------------------x

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Defendant Lucent Technologies, Inc., by and through its attorneys of record, Evan Spelfogel Esq., Epstein Becker & Green, P.C., hereby moves pursuant to Local Rule 83.5.3(b) for an Order admitting Jamila A. Berridge, Esq. *pro hac vice* for the purpose of appearing and practicing in the above-captioned matter. In support of its Motion, Defendant states as follows:

1.    Undersigned counsel of record for Defendant in this matter is a member in good standing of the bar of this Court.

2.    Ms. Berridge is an associate at the law firm of Epstein Becker & Green, P.C., 250 Park Avenue, New York, NY 10177-1211, (212) 351-4692.

3.    Ms. Berridge is a member in good standing of the Bar of the State of California as well as the United States Court of Appeals for the Ninth Circuit, and the United States District Court for the Northern and Central Districts of California. Ms. Berridge is also a member in

NY:1549898v1

good standing of the Bar of the State of New York, as well as the United States District Court for the Southern and Eastern Districts of New York.

4.    There are no disciplinary proceedings pending against Ms. Berridge.

5.    Ms. Berridge possesses knowledge of relevant issues that will be invaluable in connection with the representation of the Defendant in this matter. Ms. Berridge will be assisting me with this matter in the place of Robyn Ruderman, who was previously admitted *pro hac vice* in this case and who has recently gone out on maternity leave.

6.    Ms. Berridge is familiar with the Local Rules of the United States District Court for the District of Massachusetts and agrees to abide by the rules and procedures applicable to attorneys practicing in the District Court of Massachusetts in connection with this litigation.

7.    Attached hereto as Exhibit A is the Declaration of Jamila A. Berridge, affirming the statements made in this Motion.

WHEREFORE, Defendant respectfully requests that the Court grant leave for Jamila A. Berridge to appear and practice *pro hac vice* in the above captioned matter.

                                                   ____/s/_Evan J. Spelfogel, Esq._____
                                                   Evan J. Spelfogel (474440)

                                                   EPSTEIN BECKER & GREEN, P.C.
                                                   250 Park Avenue
                                                   New York, New York 10177-1211
                                                   (212) 351-4500
                                                   Attorneys for Defendant Lucent Technologies Inc.

Dated: January 18, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

LUANN P. GOULD,

                Plaintiff,

   – against –

LUCENT TECHNOLOGIES, INC.,

                Defendant.

05 CV 11118 (PBS)

**DECLARATION OF JAMILA A. BERRIDGE IN SUPPORT OF MOTION FOR LEAVE TO ADMIT *PRO HAC VICE***

------------------------------------------------x

      **JAMILA A. BERRIDGE** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.    I am an attorney of the law firm Epstein Becker & Green, P.C., attorneys for defendant Lucent Technologies, Inc. ("Lucent"). I make this declaration in support of my petition to be admitted *pro hac vice* as counsel to Lucent, in the above-captioned matter.

      2.    I am domiciled in the State of New York and I practice law in New York State.

      3.    I am admitted to practice law in the State Courts of California, as well as the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Northern and Central Districts of California. I am also admitted to practice law in the State Courts of New York and the United States District Courts for the Southern and Eastern Districts of New York. I am a member in good standing of all the aforementioned Bars.

      4.    True and correct copies of certificates of good standing from the Appellate Division, First Department of New York and from the Supreme Court of California are attached hereto as Exhibit A.

NY:1549919v1

5.  There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction, and I have never been held in contempt of court, censured, suspended or disbarred.

6.  The New York Bar grants like *pro hac vice* privileges to members of the bar of the Commonwealth of Massachusetts.

7.  I have become familiar with the standards of professional conduct imposed upon members of the Massachusetts Bar and relevant statutes, rules and procedures and will abide by them.

8.  I seek to participate in the above-captioned matter because of my expertise in the applicable area.

WHEREFORE, I respectfully request that that this Court grant leave for me to appear and practice *pro hac vice* for all purposes in the above-captioned matter.

                                          /s/ Jamila A. Berridge
                                          JAMILA A. BERRIDGE

Dated: New York, New York
       January 18, 2007

# EXHIBIT A

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JAMILA A. BERRIDGE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 7th day of Decembr, 2004 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

January 8, 2007



_____
Clerk

462



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JAMILA AYANA BERRIDGE

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that JAMILA AYANA BERRIDGE was on the 4TH day of DECEMBER 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 9th day of JANUARY, 2007.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____Joseph Cornetta_____
*Joseph Cornetta, Deputy Clerk*

Evan J. Spelfogel (474440)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUANN P. GOULD,                                : (PBS)
                                               :
                    Plaintiff,                 :
                                               : 05 CV 11118 (PBS)
        – against –                            :
                                               : **PROPOSED ORDER FOR *PRO***
LUCENT TECHNOLOGIES, INC.,                     : ***HAC VICE* ADMISSION OF**
                                               : **JAMILA A. BERRIDGE**
                    Defendant.                 :
                                               :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon motion before this Court, pursuant to 83.5.3(b) of the Local Rules Governing the Admission and Practice of Attorneys, the admission *pro hac vice* of Jamila A. Berridge, in the captioned matter is hereby

ORDERED that said Motion is GRANTED.

_____
HONORABLE PATTI B. SARIS
U.S. DISTRICT JUDGE

Dated: New York, New York
       January 18, 2007

NY:1549929v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
LUANN P. GOULD,

      Plaintiff,     : 05 CV 11118 (PBS)

  – against –       : <u>**CERTIFICATE OF SERVICE**</u>

LUCENT TECHNOLOGIES, INC.,

      Defendant.
---------------------------------------------x

  Jamila A. Berridge hereby certifies that:

  I am not a party to this action, am over 18 years old and am employed by Epstein Becker & Green, P.C., 250 Park Avenue, New York, New York. On January 18, 2007, I served true copies of the attached **Motion for Leave to Appear Pro Hac Vice, Declaration of Jamila A. Berridge in Support of Motion for Leave to Admit Pro Hac Vice, and Order for Pro Hac Vice Admission of Jamila A. Berridge,** by overnight delivery by depositing same in a sealed envelope, postage prepaid, in a Federal Express depository within the State of New York addressed to the following person at the address indicated below:

    Linda A. Harvey, Esq.
    Harvey & Kleger
    184 Pleasant Valley Street
    Methuen, MA 01844

            /s/ Jamila A. Berridge
            Jamila A. Berridge

NY:1550024v1