Linda A. Harvey (BBO #547994)
Robert R. Thomas (BBO #639402)
Harvey, Kleger & Thomas
184 Pleasant Valley Street – Suite 1-204
Methuen, Massachusetts 01844
Tel. 978-686-9800
Attorneys for Plaintiff Luann P. Gould

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------- x

Luann Gould,

                Plaintiff,   :   05 CV 11118 (PBS)

     – v. –

Lucent Technologies, Inc.,

               Defendant.

------------------------------------------- X

**Proposed Jury Verdict Form**

Note: Complete the following paragraph by writing in the name required by your verdict.

1)   With respect to the unlawful violation of the FMLA claim of Plaintiff Luann Gould, as submitted in Instruction No. 1, we find in favor of:

_____        _____

Plaintiff Luann Gould                                  Defendant Lucent Technologies, Inc.

Note: Answer the next question only if the above finding is in favor of plaintiff. If the above finding is in favor of defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

1

2)    Has it been proved by the preponderance of the evidence that defendant would have discharged Plaintiff regardless of her exercise of her rights under FMLA?

_____ Yes              _____ No

(Mark an "X" in the appropriate space.)

Complete the following paragraph only if your answer to the preceding question is "no". If you answered "yes" to the preceding question, have your foreperson sign and date this form because you have completed your deliberations on this claim.

3)    With respect to the retaliation claim of Plaintiff Luann Gould, as submitted in Instruction No. 2, we find in favor of:

_____          _____

Plaintiff Luann Gould                    Defendant Lucent Technologies, Inc.

Based upon #1, 2, or 3 above, we, the jury, find Plaintiff's damages, other than for emotional distress, to be:

$ _____    (stating the amount or, if none, write the word "none".

Signed,

_____

Foreperson

Dated: _____