Linda A. Harvey (BBO #547994)
Robert R. Thomas (BBO #639402)
Harvey, Kleger & Thomas
184 Pleasant Valley Street – Suite 1-204
Methuen, Massachusetts 01844
Tel. 978-686-9800
Attorneys for Plaintiff Luann P. Gould

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------- x
Luann Gould,

                Plaintiff,         05 CV 11118 (PBS)

      – v. –

Lucent Technologies, Inc.,

                Defendant.
------------------------------------- x

### Motion in Limine

Plaintiff, Luann Gould, moves in limine for an order precluding defendant and its counsel from introducing into evidence, referring to, or otherwise using at trial any evidence, either testimony or documentation, relating to the Secretary of Labor's investigation with respect to Gould' complaint.

The basis for this Motion is that any testimony or documents are hearsay and not relevant to the issues at trial.

                                            HARVEY, KLEGER & THOMAS

                                            By:   /s/ Linda A. Harvey

                                            Linda A. Harvey (BBO 547994)
                                            Robert R. Thomas (BBO 639402)
                                            184 Pleasant Valley St. – Suite 1-204

                                                                        Methuen, Massachusetts 01844
                                                                         (978) 686-9800
                                                                         Attorneys for Plaintiff Luann Gould

Dated: January 30, 2007