Evan J. Spelfogel (BBO# 474440)
Jamila A. Berridge (Admitted Pro Hac Vice)
Epstein Becker & Green
250 Park Avenue
New York, NY 10021
(212) 351-4500
Attorneys for Defendant
Lucent Technologies, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LUANN P. GOULD,

                 Plaintiff,

    - against -

LUCENT TECHNOLOGIES, INC.,


                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

05 CV 11118 (PBS)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS THE PARTIES HAVE AMICABLY SETTLED ALL CLAIMS BETWEEN AND AMONG THEM TO THEIR MUTUAL SATISFACTION; IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel for the parties herein, subject to the approval of the Court, as follows:

    1. All claims presented in the Complaint herein shall be and hereby are dismissed with prejudice as to all parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

    2. Each party shall bear her or its own costs and attorneys' fees.

New York, New York
Dated: February 6, 2007

| | |
|---|---|
| HARVEY, KLEGER & THOMAS | EPSTEIN BECKER & GREEN, P.C. |
| By: *[signature]* | By: *[signature]* |
| Linda A. Harvey (BBO# 547994) | Evan J. Spelfogel, Esq. (BBO# 474440) |
| Robert R. Thomas (BBO# 639402) | Jamila A. Berridge, Esq. |
| 184 Pleasant Valley St. – Suite 1-204 | (Admitted Pro Hac Vice) |
| Methuen, Massachusetts 01844 | 250 Park Avenue |
| (978) 686-9800 | New York, New York 10177 |
| *Attorneys for Plaintiff* | (212) 351-4500 |
| *Luann P. Gould* | *Attorneys for Defendant* |
| | *Lucent Technologies, Inc.* |

SO ORDERED:

_____

Honorable Patti B. Saris